JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GAETA ZAMBRANO, | Case No. 8:21-cv-00994-PA-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| SANDRA GATT, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute, IT IS ADJUDGED that the First Amended Petition and this entire action are dismissed without prejudice.

DATED: December 3, 2021

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE